IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:00CR000012-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER IN GARNISHMENT** |
| ) | |
| KENNETH RAY WILLIAMS, ) | |
| ) | |
| Defendant(s), ) | |
| ) | |
| NATIONAL BASKETBALL ) | |
| ASSOCIATION, NBA PLAYERS' ) | |
| PENSION PLAN, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer of the Garnishee on October 4, 2013.

The defendant has been notified of their right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that the Garnishee pay 100% of the estimated pension benefit available to the defendant in July, 2014, to the Plaintiff. At such time, any and all payments due to the Plaintiff, under this Order of Garnishment shall continue until the debt to the plaintiff is paid in full, or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or

until further Order of this Court.

Checks should be made payable to: **U. S. District Court**

and mailed to:     U.S. District Court
                   P.O. Box 25670
                   Raleigh, NC  27611

In order to ensure that payments are credited properly, please include Court Number DNCE07CR000012/001 on each check.

SO ORDERED, this the __4__ day of __November__, 2013.

_____
TERRENCE W. BOYLE
United States District Judge