IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:00CR000012-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| KENNETH RAY WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and Kenneth Ray Williams, pro se, have, by signing this Consent Order below and submitting it to the Court, asked this Court to stay the execution of the Order in Garnishment previously issued by this Court on November 4, 2013 and filed with the clerk on November 5, 2013 (D.E. 63), for a period of sixty (60) days. By signing below, the parties have represented to this Court that the purpose of the stay is to allow the parties and the victim to determine whether it is in the victim's best interest to obtain a lump sum or a portion of an annuity payment in partial satisfaction of the judgment in this case, and to otherwise determine the best way to satisfy the judgment. By signing below, the parties have also represented to the Court that Kenneth Ray Williams is not married and was not married as of

November 4, 2013; and Kenneth Ray Williams has conceded that the relevant date for his marital status for purposes of his pension entitlement was the date on which this Court entered the Order in Garnishment (i.e. November 4, 2013).

Therefore, for good cause shown, and upon the consent of the United States and Kenneth Ray Williams, the Order in Garnishment issued against the National Basketball Association, NBA Players' Pension Plan, Garnishee, is hereby STAYED for a period of 60 days. The Garnishee is hereby ORDERED to retain all funds owed to Kenneth Ray Williams for a period of 60 days from the date of this Order, and to pay all such funds to the Court sixty days from the date of this Order, without any further order of this Court. The United States is hereby ORDERED to serve a copy of this Order on the Garnishee.

SO ORDERED this 4 day of June, 2014.

TERRENCE W. BOYLE
United States District Judge

CONSENTED TO:

G. NORMAN ACKER, III
Assistant United States Attorney
Attorney for Plaintiff

DATE: 6/2/14

KENNETH RAY WILLIAMS
Judgment Defendant

DATE: 05/23/2014